**STATE of Missouri, Respondent,**

v.

**Terry D. PRISENDORF, Appellant.**

**No. WD 73611.**

Missouri Court of Appeals,
Western District.

Aug. 21, 2012.

Richard Starnes and Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Craig Allan Johnston, Columbia, MO, for appellant.

Division Three: THOMAS H. NEWTON, P.J., JAMES M. SMART, JR., and VICTOR C. HOWARD, JJ.

### ORDER

PER CURIAM:

Terry Prisendorf was convicted of rape, sodomy, and ritualistic sexual abuse of three children who were residing in his household. A Saline County jury convicted him of eight counts of first-degree statutory rape, three counts of statutory sodomy, one count of first-degree attempted statutory sodomy, and two counts of first-degree child molestation that were part of what he stated to be a Wiccan "ritual or ceremony." He appeals his convictions

and sentences for these offenses against children. We affirm. Rule 30.25(b).